IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. )
NATANIEL ANDRADE )

CR 06 89

CR No.
In violation of 21 U.S.C.§§ 841(a)(1) &(b)(1)(B)(iii) & (b)(1)(C)

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about January 25, 2006, in the District of Rhode Island, the defendant, NATANIEL ANDRADE, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)B)(iii).

COUNT II

On or about January 25, 2006, in the District of Rhode Island, the defendant, NATANIEL ANDRADE, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance,

in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

COUNT III

On or about January 25, 2006, in the District of Rhode Island, the defendant, NATANIEL ANDRADE, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxy amphetamine (MDA) hydrochloride, a Schedule I Controlled Substance,

in violation of 21 U.S.C. §§ 841(a)(1)& (b)(1)(C).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

/JHL
James H. Leavey
Assistant U.S. Attorney

Luis M. Matos
Assistant U.S. Attorney
Chief, Criminal Division

Dated: 8/2/06

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Nataniel Andrade

**Count I**: 21 U.S.C. §§ 841(a)(1)&(b)(1)(B)(iii) - Possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.
**PENALTIES**: 5 to 40 years imprisonment; $2,000,000 fine; 4 years supervised release; $100 mandatory special assessment.

**Counts II and III**: 21 U.S.C. §§ 841(a)(1)(b)(1)(C) - Possess with intent to distribute a mixture and substance containing a detectable amount of 3,4 - methylenedioxymethamphetamine (MDMA), a Schedule I Controlled Substance.
**PENALTIES FOR EACH COUNT**: Not more than 20 years imprisonment; $1,000,000 fine; at least 3 years supervised release; $100 mandatory special assessment.