724768

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

NATANIEL ANDRADE

**WARRANT FOR ARREST**

CASE NUMBER: CR 06-89S

RECEIVED
AUG 02 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest NATANIEL ANDRADE
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE
POSSESSION WITH INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE (MDMA)

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B)(iii) &(a)(1)(b)(1)(C)

Martha Saucier
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

August 2, 2006, Providence RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ | | |
| DATE RECEIVED 08/02/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 08/04/2006 | | |

This was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.