UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 06-089S |
| | ) | |
| NATHANIEL ANDRADE | ) | |

MOTION FOR CONTINUANCE OF EMPANELMENT

Now comes the defendant, Nathaniel Andrade, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on October 3, 2006. Mr. Andrade requests that this matter be continued for an additional thirty (30) days. In support of this motion, counsel states that Mr. Andrade and the government are continuing in plea negotiations and this time is needed to further that end. The government has no objection. The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(f).

Respectfully submitted
Nathaniel Andrade
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney, on September 5, 2006.

/s/ Kevin J. Fitzgerald