**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. No. 06-089S** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **Violation of 21 U.S.C. § 851** |
| **NATANIEL ANDRADE** | : | |

**INFORMATION CHARGING PRIOR CONVICTIONS**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, NATANIEL ANDRADE, who was charged by the United States Grand Jury in the District of Rhode Island on the 2nd day of August, 2006 in Count One of the indictment with possession with intent to distribute 5 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1)&(b)(1)(B), of having been previously convicted of the felony drug offenses described below:

On or about August 27, 2003, NATANIEL ANDRADE, was convicted in Providence County (Rhode Island) Superior Court (case number P2-2003-2307A) of two counts of Possession with Intent to Deliver a Controlled Substance, felony drug offenses under state law, and was sentenced to a term of 60 months imprisonment with 42 months suspended on each count, concurrently.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant NATANIEL ANDRADE, has previous convictions for felony drug offenses and therefore is subject to a fine of not more than four million dollars, a term of

imprisonment of not less than ten years and not more than life imprisonment, and a term of supervised release of at least eight years on Count One of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATE OF SERVICE

On this 22nd day of September, 2006, I caused the Information Charging Prior Convictions to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ JAMES H. LEAVEY
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700