UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0089S |
| | ) | |
| NATANIEL ANDRADE | ) | |

---

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant Nataniel Andrade and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that counsel has been unable to visit the defendant within the initial ten day period ending December 29. For this reason the defendant is seeking an enlargement of time from December 29, 2006 to January 5, 2007.

Respectfully submitted
Nathaniel Andrade
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to James Leavey, Assistant United States Attorney and Kristin Mattias, USPO, on December 29, 2006.

/s/ Kevin J. Fitzgerald