IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-089S |
| vs. | ) | |
| | ) | |
| NATANIEL ANDRADE | ) | |

**AMENDED NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Mary E. Rogers, Assistant United States Attorney, and files this Amended Notice of Appearance in the case entitled, United States v. Nataniel Andrade, CR06-089S, in that Assistant United States Attorney James H. Leavey is being withdrawn from this case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

## CERTIFICATE OF SERVICE

On this 16th day of February, 2007, I caused the within Amended Notice of Withdrawal of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Kevin Fitzgerald, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov