# Analysis Of 851 Information Cases
# District of Rhode Island

(January 12, 2005 through February 14, 2007)

* denotes career offender

## No 851 Information Filed

| Name of Defendant | Nature of Substance | Sentence | Guideline Range | Percentage Of Guidelines |
|---|---|---|---|---|
| Robert Evans | Cocaine powder, Base | 262 mos. | 262-327* | n/a |
| Miguel Justino | Cocaine base, 7 g | 84 mos. | 84-105 | n/a |
| Elliot Rivera-Cruz | Cocaine base, 7g | 156 mos | 188-235* | 63% |
| Joel Trinidad | Cocaine base, 3.8 g. | 60 mos. | 60-71 | n/a |
| Michael Stanfield | Cocaine base,179.48 | 210 mos. | 262-327* | 80% |
| Pedro Hernandez-Rodriguez | Cocaine base, 28 g | 60 mos. | 70-87 | 85% |
| Thomas Hendricks | Cocaine base, 3.43 | 52 mos. | 46-57 | n/a |
| Juan Guerrero | Cocaine base, 7-10 g. | 188 mos. | 188-235* | n/a |
| Matthew Hart | Cocaine base, 2.31 g | 72 mos. | 151-188* | 47% |
| Jansel Richards | Cocaine base, 231 g. | 120 mos. | 151-188 | 79% |
| Venancio Carrasquillo | Cocaine base, 17.9 g | 84 mos. | 188-235* | 44% |
| Ryan Perkins | Cocaine base, 15.5 g | 60 mos. | 60-71 | n/a |
| Eric Perry | Cocaine base, over 5 g | 92 mos. | 92-115 | n/a |
| Adam White | Cocaine base, 56.1 g | 262 mos. | 262-327* | n/a |
| Tyson Ford | Cocaine base, 13.5 g | 84 mos. | 100-125 | 84% |

| | | | | |
|---|---|---|---|---|
| Pedro Hernandez | Cocaine base, 9.47 g | 110 mos. | 110-137 | n/a |
| Antron Russell | Cocaine base, 233 g. | 151 mos. | 235-293 | 64% |
| Sandi Fahnbulleh | Cocaine base 135 g | 120 mos. | 188-235* | 63% |
| Jose Diaz | Cocaine base over 5 g, firearm | 96 mos. | 110-135 | 87% |
| Joshua Cole | Cocaine base over 5g, school | 108 | 108-135 | n/a |
| Martin Medrano | marijuana, 103 k | 70 mos. | 70-87 | n/a |
| Shawn Montegio | Cocaine powder | 188 mos | 188-235 | n/a |
| Anthony Goris | Marijuana, cocaine powder | 24 mos. | 30-36 | Departure [1] |
| David Batista | Marijuana, firearm | 9 mos. | 18-24 | Departure |
| Lonnie Gasperini | Heroin | 108 mos. | 188-235 * | 57% |
| Dennis Batista | Heroin | 120 mos. | 188-235* | 63% |
| Ramon Dejesus-Castillo | Cocaine powder, marijuana | 87 mos. | 87-108 | n/a |
| Alejandro Pujols | Cocaine powder | 216 mos. | 188-235 | n/a |
| Alan Blamires | Cocaine powder | 108 | 120-121 | 90% |

30 cases 14 variances ( departure cases taken out of analysis )

**Non 851 Cases**:
Average Sentence, without including two departure cases, 123.25 mos.
Average Percentage of Guidelines in variances: 69.6%
Average sentence in crack cases: 108.85 mos.

---

[1] Departures are not factored into the summary analysis as some departures may be for cooperation and might unfairly skew the summary.

851 Information Filed

| Name of Defendant | Nature of Substance | Sentence | Guideline Range | Percentage Of Guidelines |
|---|---|---|---|---|
| James Barr | Cocaine base | 120 mos. | 120 mos. | n/a |
| Joshua Perry | Cocaine base, 60.47 g. | 120 mos. | 188-235 | 63% |
| Richard Vanenburg | Cocaine base 5.2 g | 120 mos. | 120 | n/a |
| Jose Castro | Cocaine, Marijuana | 200 mos. | 262-327* | 76% |
| Thomas Gaffney | Cocaine | 200 mos. | 262-327* | 76% |
| Waskar Pena | Cocaine, heroin | 151 mos. | 151-188 | n/a |
| Eduardo Garcia | Cocaine powder | 96 mos. | 120 mos. | Departure |
| Joel Francisco | Cocaine, cocaine base | Life | Life | n/a |
| Bilal Rashid | Cocaine base, 158 g | 150 mos. | 210-262 | 71% |
| Charles Isler | Cocaine base, 155 g | 180 mos. | 262-327* | 68% |
| John Barnes | Cocaine, cocaine base | 240 mos. | 262-327 | 91% |
| Virgilio Jimenez | Cocaine base,39 g | 292 mos. | 292-365 | n/a |
| Gary Hicks | Cocaine base, 22 g | 120 mos. | 120 | n/a |
| Dennis Marrow | Cocaine base, 231.2 g | 180 mos. | 262-327 | 68% |

**851 Cases**:
Average sentence, without including Francisco, Garcia cases: 172.75 mos.[2]
Average Percentage of Guidelines in Variance cases: 73.28%

Average crack sentence: 169.11 mos. (National average, 131.2 mos, pre-Booker 2005, 124.1 post-Booker, 2006) [3]

**Combined**:
Combined average sentence (non 851 cases and 851 cases): 138.35 mos.

---

[2]Analysis includes 14 cases, Francisco and Garcia cases taken out of summary. Garcia was a departure. Francisco received life, unable to quantify number. Out of 13 cases, including Francisco, 7 involved variances below guideline range

[3] 2005 United States Sentencing Commission Sourcebook, Figure J. (Copies attached)