# UNITED STATES PROBATION OFFICE

## MEMORANDUM



TO: Honorable William E. Smith
U.S. District Judge

FROM: Kristin Ann Mattias
U.S. Probation Officer
Sentencing Guidelines Specialist

DATE: February 1, 2007

SUBJECT: ***Title 21, U.S.C. § 851 Information***

---

Per Your Honor's request, please find attached information regarding Title 21, U.S.C., §851 Informations on cases that have been sentenced since January 12, 2005. The information was compiled by reviewing previous charts prepared for the Court for all sentences imposed after January 12, 2005. After identifying the pertinent cases, the presentence reports, docket sheets, and plea agreements for each case were reviewed in an effort to gather accurate information. Should Your Honor require additional information, please contact me.

Respectfully submitted,

Kristin Ann Mattias
U.S. Probation Officer
Sentencing Guidelines Specialist

Reviewed and Approved:

Dennis J. Jenkins
Supervising U.S. Probation Officer

KAM/kam

Copy

Feb 06 2007 10:13AM USPO - District of RI 401-752-7390 p.2

# Cases Involving Title 21, U.S.C., §851 Informations for Sentences Imposed After January 12, 2005

The following are cases where an 851 Information was not filed per a plea agreement:

COCAINE BASE CASES

| Sentence Date | Defendant | Judge | Offense(s) | G/L Range Criminal Hx | Sentence Imposed | Reasoning if Outside G/L Range |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 03/17/05 | Evans, Robert | Lisi | Distribution of Cocaine and Cocaine Base (2,704.431 kilograms) ***CAREER OFFENDER** | 262-327 months VI | **262 months** | N/A |
| [redacted] | | | | | | |
| 07/14/05 | Rivera Cruz, Elliot | Torres | Consp. & Poss. with Intent to Dist. Cocaine Base (7 grams) ***CAREER OFFENDER** | 188 - 235 months VI | **156 months** | Variance Below |
| [redacted] | | | | | | |
| 09/15/05 | Stanfield, Michael | Torres Remand | Poss. with Intent to Dist. Cocaine Base (179.48 grams) ***CAREER OFFENDER** | 262 - 327 months VI | **210 months** | Variance Below |
| [redacted] | | | | | | |
| 12/09/05 | HENDRICKS, Thomas | Lisi | Felon in Possession of a Firearm, Possession of Cocaine Base (3.43 grams) | 46 - 57 months IV | 52 months | N/A |
| [redacted] | | | | | | |
| 01/06/06 | HART, Matthew | Lisi | Distribution of Cocaine Base (2.31 grams) ***CAREER OFFENDER** | 151 - 188 months VI | 72 months | Variance Below |
| [redacted] | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 03/03/06 | CARRASQUILLO, Venancio | Lisi | Poss W/I to Distribute over 5 grams Cocaine Base<br>Dist. of over 5 grams Cocaine Base (17.9 grams)<br>***CAREER OFFENDER** | 188 - 235 months<br>VI | 84 months | Variance Below |
| 04/07/06 | PERKINS, Ryan | Lisi | Dist. of Cocaine Base; Dist. 5g+ Cocaine Base ([illegible] grams) | [illegible] months<br>[illegible] | [illegible] months | [illegible] |
| 06/09/06 | PERRY, Eric | Torres | Poss. W/I to Dist 5g or more Cocaine Base; Poss. W/I to Dist. Cocaine (288 kilos Marijuana Equiv.) | 92 - 115 months<br>V | 92 months | N/A |
| 06/09/06 | WHITE, Adam | Torres | Poss. W/I to Dist. Over 50g of Cocaine Base (56.1 g)<br>*CAREER OFFENDER | 262 - 327 months<br>VI | 262 months | N/A |
| 06/23/06 | FORD, Tyson | Torres | Dist. 5+ grams Cocaine Base (13.5 grams); Felon in Possession of Firearm | 100 - 125 months<br>V | 84 months | Variance Below |
| [illegible] | HERNANDEZ, Pedro | Lisi | Poss. of Cocaine Base ([illegible] grams); Felon in Possession of Firearm | 110 - 137 months<br>VI | 110 months | N/A |
| 10/28/05 | RUSSELL, Anton | Smith | Conspiracy to Distribute & Possession with Intent to Distribute Cocaine Base (233.74 grams) | 235 - 293 months<br>VI | 151 months | Variance Below |
| [illegible] | [illegible], Sandi | Lagueux | Distribution of Cocaine Base ([illegible] Counts)<br>Distribution of Cocaine Base (1 Count)<br>Conspiracy to Dist. Cocaine Base (1 Count)<br>(135 grams total) (2 Docket #'s)<br>*CAREER OFFENDER | 188 - 235 months<br>VI | 120 months | Variance Below |
| 1/12/07 | DIAZ, Jose | Smith | Poss. W/I to Dist. over 5 grams of Cocaine base; Felon in Poss of a Firearm | 110-137 months<br>VI | 96 months | Variance Below |
| 1/10/07 | [illegible], Joseph | Smith | Poss. W/I to Dist. 5 grams or more of Cocaine Base within 1000' of Public Secondary Schools | 108-135 months<br>III | 108 months | N/A |
| OTHER DRUG CASES | | | | | | |
| [illegible] | [illegible] | Lagueux | Poss. [illegible] Marijuana ([illegible]) | [illegible] months<br>V | [illegible] months | N/A |
| 04/08/05 | Montegio, Shawn | Smith | Cons., Poss. w/ Intent to Dist. Cocaine, Felon in Poss. of a F/A, Poss. of a F/A in Furtherance of Drug Trafficking | 188 - 235 months<br>60 months<br>III | **188 months,<br>60 months<br>cons.** | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/31/05 | Goris, Anthony | Smith | Poss. with Intent to Dist. of Marihuana (13,691 g.), Cocaine (98.6 g.) and $67,655 cash | 30 - 36 months<br>I | **24 months** | Departure Below |
| [illegible] | [illegible] | [illegible] | Dist. Of Marihuana (18.76 kg.); Felon in Poss. of a [illegible] F/A | 18 - 24 months [illegible] | 9 months | [illegible] |
| 09/08/05 | Gasperini, Lonnie | Lisi | Consp., Distribution of Heroin, & Distribution of Heroin within 1,0000 feet of a School (531 grams)<br>***CAREER OFFENDER** | 188 - 235 months<br>VI | **108 months<br>12 months<br>cons.** | Variance Below |
| 12/05/05 | BATISTA, Dennis | Lisi | Poss. with Intent to Dist. Heroin (284 grams)<br>***CAREER OFFENDER** | 188 - 235 months<br>VI | 120 months | Variance Below |
| 03/03/06 | GOMEZ, Ismael | Smith | Consp. Poss. W/I to Distribute Heroin<br>Distribution of Heroin (99 grams) | 41 - 51 months | 41 months | N/A |
| [illegible] | [illegible]-CASTILLO, [illegible] | Lisi | Consp. to Poss. W/I Over 500g of Cocaine; Poss. W/I to Dist. Marijuana (8.5-74 kilos Marijuana Equiv.) | 87 - 108 months | 87 months<br>60 months<br>concurrent | N/A |
| 7/14/06 | PUJOLS, Alejandro | Torres | Poss. W/I to Dist. 500+ grams of Cocaine (1.9 kilos); Re-Entry after Deportation | 188 - 235 months<br>VI | 216 months | N/A |
| 8/16/06 | BLAMIRES, Alan J. | Torres | Consp. To Dist. & Poss. W/I to Dist. 5+ kilos of Cocaine (67 kilos) | 120 - 121 months<br>[illegible] | 108 months | Departure Below |

The following are cases where an 851 Information was filed and there was a plea agreement:

COCAINE BASE CASES

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/01/05 | Barr, James D. | Smith | Consp. & Distribution of Cocaine Base | 120 months<br>VI | **120 months** | N/A |
| 09/15/05 | Perry, Joshua | Smith | Poss. with Intent to Dist. in Excess of 5 kilograms of Cocaine Base within 1000 feet of a School (60.4 [illegible] grams) | 188 - 235 months<br>[illegible] | 120 months | Variance Below |
| 9/7/06 | VANENBURG, Richard | Lisi | Dist of 5+ grams cocaine base(5.23 grams) ; Poss. of 2 firearms in furtherance of drug trafficking; felon in Poss. of firearm | 120 months<br>III | 120 months<br>60 months<br>120months<br>concurrent | N/A |

## OTHER DRUG CASES

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/21/05 | Castro, Jose | Smith | Poss. with Intent to Dist. Cocaine & Marihuana (417 Kilo Eq.) ***CAREER OFFENDER** | 262-327 months VI | **200 months** | Variance Below |
| 04/29/05 | [illegible], Thomas | Smith | Con. Distribute Cocaine ***CAREER OFFENDER** | 262-327 months VI | 200 months | [illegible] Below |
| 7/14/06 | PENA, Waskar | Torres | Poss. W/I to Dist 500+ grams of Cocaine; Poss. W/I to Dist. Heroin (2,060.8 kilos Marijuana Equivalent) | 151 - 188 months II | 151 months | N/A |
| 8/16/06 | GARCIA, Eduardo | Torres | Consp. to Poss. W/I to Dist. 500+ Grams of Cocaine (2.1 kilos) | 120 months III | 90 months | Departure Below |

The following are cases where an 851 Information was filed and the defendant went to trial:

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/19/05 | Francisco, Joel | Lisi | Poss. with Intent to Distribute Cocaine (893.6 grams) & Poss. with Intent to Distribute Cocaine Base (101 grams) (Conversion: 178.6 kilograms of Marihuana) | Life | Life | N/A |
| 02/27/06 | RASHID, Bilal | Lisi | Conspiracy to Distribute and Possession with Intent to Distribute Cocaine Base Possession WITD Cocaine Base (158.[illegible] grams) | 210 - 262 months IV | [illegible] months | Variance Below |
| 02/27/06 | ISLER, Charles | Lisi | Conspiracy to Distribute and Possession with Intent to Distribute Cocaine Base Possession WITD Cocaine Base (155.65 grams) ***CARRER OFFENDER** | 262 - 327 months VI | 180 months | Variance Below |
| 8/28/06 | BARNES, John | Lisi | Poss. W/I to Dist. 50+ grams of Cocaine Base; Poss. W/I to Dist. Cocaine (17,868.43 kilos Marijuana equiv.) | 262 - 327 months VI | 240 months | Variance Below |

The following are cases where an 851 Information was filed and the defendant pled with no plea agreement:

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/23/06 | JIMENEZ, Virgilio | Torres | Poss W/I to Distribute over 5 grams Cocaine Base (39.22 grams) ***CAREER OFFENDER** | 292 - 365 months V1 | 292 months | N/A |
| [illegible] | HICKS, [illegible] | [illegible] | Poss. W/I to Dist. [illegible] grams of Cocaine Base; Poss. W/I to Dist. [illegible] grams of Cocaine [illegible] | [illegible] months [illegible] | [illegible] | [illegible] |

In the following case, the government agreed in the plea agreement to file an 851 Information, but to only reference one prior (as opposed to two priors, which would have subjected the defendant to mandatory life.) However, the 851 was never filed:

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/24/06 | MARROW, Dennis | Lisi | Conspiracy and Poss. W/I to Distribute over 50 Grams Cocaine Base (231.2 grams) ***CAREER OFFENDER** | 262 - 327 months VI | 180 months | Variance Below |

Feb 08 2007 10:25AM USPO - District of RI 401-752-7390 p.7