## Table 34

## RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2006

| | | WHITE | | BLACK | | HISPANIC | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG TYPE | TOTAL | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **25,763** | **6,647** | **25.8** | **7,530** | **29.2** | **10,755** | **41.7** | **831** | **3.2** |
| **Powder Cocaine** | **5,830** | 859 | 14.7 | 1,576 | 27.0 | 3,325 | 57.0 | 70 | 1.2 |
| **Crack Cocaine** | **5,619** | 523 | 9.3 | 4,552 | 81.0 | 484 | 8.6 | 60 | 1.1 |
| **Heroin** | **1,574** | 175 | 11.1 | 432 | 27.4 | 953 | 60.5 | 14 | 0.9 |
| **Marijuana** | **6,399** | 1,711 | 26.7 | 692 | 10.8 | 3,794 | 59.3 | 202 | 3.2 |
| **Methamphetamine** | **5,391** | 2,888 | 53.6 | 89 | 1.7 | 2,079 | 38.6 | 335 | 6.2 |
| **Other** | **950** | 491 | 51.7 | 189 | 19.9 | 120 | 12.6 | 150 | 15.8 |

[1] Of the 72,585 cases, 26,122 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 25,824 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 25,824 cases, 61 were excluded due to one or both of the following reasons: missing information on offender's race (51) or missing information on drug type (10). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2006 Datafile, USSCFY06.

## Table 34

## RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
## Fiscal Year 2005, Pre-*Booker* (October 1, 2004, through January 11, 2005)

| | | WHITE | | BLACK | | HISPANIC | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| DRUG TYPE | TOTAL | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **6,019** | **1,639** | **27.2** | **1,753** | **29.1** | **2,439** | **40.5** | **188** | **3.1** |
| **Powder Cocaine** | **1,308** | 214 | 16.4 | 386 | 29.5 | 685 | 52.4 | 23 | 1.8 |
| **Crack Cocaine** | **1,204** | 94 | 7.8 | 1,002 | 83.2 | 79 | 6.6 | 29 | 2.4 |
| **Heroin** | **390** | 46 | 11.8 | 111 | 28.5 | 231 | 59.2 | 2 | 0.5 |
| **Marijuana** | **1,758** | 497 | 28.3 | 205 | 11.7 | 1,003 | 57.1 | 53 | 3.0 |
| **Methamphetamine** | **1,132** | 647 | 57.2 | 17 | 1.5 | 405 | 35.8 | 63 | 5.6 |
| **Other** | **227** | 141 | 62.1 | 32 | 14.1 | 36 | 15.9 | 18 | 7.9 |

[1]Of the 18,788 cases, 6,131 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 6,054 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 6,054 cases, 35 were excluded due to one or both of the following reasons: missing information on offender's race (32) or missing information on drug type (3). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2005 Datafile, USSCFY05, Pre-*Booker* Only Cases (October 1, 2004, through January 11, 2005).

## Table 34

### RACE OF DRUG OFFENDERS FOR EACH DRUG TYPE[1]
### Fiscal Year 2004, Pre-Blakely (October 1, 2003, through June 24, 2004)

| | | WHITE | | BLACK | | HISPANIC | | OTHER | |
|---|---|---|---|---|---|---|---|---|---|
| **DRUG TYPE** | **TOTAL** | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| **TOTAL** | **18,139** | **4,979** | **27.4** | **5,061** | **27.9** | **7,528** | **41.5** | **571** | **3.1** |
| **Powder Cocaine** | **4,019** | 681 | 16.9 | 1,058 | 26.3 | 2,222 | 55.3 | 58 | 1.4 |
| **Crack Cocaine** | **3,698** | 253 | 6.8 | 3,072 | 83.1 | 340 | 9.2 | 33 | 0.9 |
| **Heroin** | **1,285** | 151 | 11.8 | 286 | 22.3 | 838 | 65.2 | 10 | 0.8 |
| **Marijuana** | **4,762** | 1,293 | 27.2 | 476 | 10.0 | 2,832 | 59.5 | 161 | 3.4 |
| **Methamphetamine** | **3,539** | 2,104 | 59.5 | 57 | 1.6 | 1,148 | 32.4 | 230 | 6.5 |
| **Other** | **836** | 497 | 59.4 | 112 | 13.4 | 148 | 17.7 | 79 | 9.4 |

[1]Of the 51,865 cases, 18,427 were sentenced under USSG Chapter Two, Part D (Drugs). Of these, 18,195 were sentenced under §§2D1.1 (Drug Trafficking), 2D1.2 (Protected Locations), 2D1.5 (Continuing Criminal Enterprise), 2D1.6 (Communication Facility), 2D1.8 (Rent/Manage Drug Establishment), or 2D2.1 (Simple Possession). Of these 18,195 cases, 56 were excluded due to one or both of the following reasons: missing information on offender's race (46) or missing information on drug type (10). Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2004 Datafile, USSCFY04, Pre-Blakely Only Cases (October 1, 2003, through June 24, 2004).