UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0089S |
| | ) | |
| NATHANIEL ANDRADE | ) | |

---

MOTION TO RECONSIDER SENTENCING

Now comes Nathaniel Andrade, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to reconsider its sentencing determination form April 27, 2007, in light of the United States Sentencing Commission's proposed amendment to the crack cocaine guideline. Mr. Andrade submits the attached memorandum in support of the motion.

Respectfully submitted
Nathaniel Andrade
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on May 1, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-0089S |
| | ) | |
| NATHANIEL ANDRADE | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER SENTENCING

Nathaniel Andrade has moved that the Court reconsider its sentencing determination from April 27, 2007. The Court sentenced Mr. Andrade at that time to 180 months incarceration based on his possession of crack cocaine. Later that day the United States Sentencing Commission announced its decision to amend the current crack cocaine guidelines. *See* attached press release. The proposed adjustment amounts to an "across the board" two point decrease in the offense levels for crack cocaine offenses. Mr. Andrade realizes that as a career offender this proposed reduction does not, or would not, directly impact his advisory guideline range. It does, however, create an even larger disparity between his career offender range, 262-327 months, and the revised crack cocaine guideline range under these circumstances, 92-115 months.

For these reasons Mr. Andrade requests the Court consider the Sentencing Commission's new position in regards to his sentence.

Respectfully submitted
Nathaniel Andrade
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Mary Rogers, Assistant United States Attorney, on May 1, 2007.

/s/ Kevin J. Fitzgerald